IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT POON,

    Petitioner,                   No. CIV S-05-801 JAM EFB P

    vs.

TOM L. CAREY,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On April 28, 2008, petitioner inquired into the status of this case and alerted the court to the fact that this matter has been submitted for decision since July of 2005.

    The background of this case is relatively straightforward. The matter proceeds on the April 22, 2005 petition. Respondent answered on June 29, 2005, and petitioner filed a traverse on July 8, 2005. The matter therefore is submitted for decision and, in due course, the court will issue findings and recommendations. However, this court faces a tremendous backlog of habeas petitions. From January 1, 2004 through December 31, 2007, California prisoners commenced more than 2,600 actions seeking habeas corpus relief from the Sacramento Division of the United States District Court for the Eastern District of California. Thus, while the court is aware that petitioner's application has been submitted for some time now, others have been submitted

1

1 longer. It is the policy of this court to resolve habeas petitions in the order in which they were
2 submitted for decision. The court is aware of petitioner's case and as long as petitioner keeps the
3 court informed of any change of address, no further action on his part is necessary.
4     So ordered.
5 Dated: October 22, 2008.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2