IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT POON,

    Petitioner,                   No. CIV S-05-0801 JAM EFB P

    vs.

TOM L. CAREY, et al.,

    Respondents.              <u>ORDER</u>

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On January 9, 2009, petitioner requested an extension of time to file and serve objections to the December 22, 2008 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's January 9, 2009 application is granted and petitioner has 30 days from the date this order is served to file and serve objections.

DATED: January 21, 2009.

                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE