IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALBERT POON,

    Petitioner,                       No. CIV S-05-801 JAM EFB P

    vs.

TOM L. CAREY, et al.,

    Respondents.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 22, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner then requested, and was granted, additional time to file his objections. On February 18, 2009, petitioner filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file,

1

the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 22, 2008, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.[1]

DATED: May 4, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

---

[1] On April 28, 2008, petitioner filed a "Motion for an Immediate Ruling to Stop the Continuation of False/Unlawful Imprisonment" (docket no. 22), which is based on his underlying application for a writ of habeas corpus. Because petitioner's habeas application is denied, petitioner's motion is also denied.